■■■ BERSIN PROPERTIES, LLC, Appellant, v COUNTY OF MONROE INDUSTRIAL DEVELOPMENT AGENCY, Respondent, et al., Defendants. (Appeal No. 4.) [65 NYS3d 824]—Appeal from a judgment of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered June 30, 2016. The judgment directed plaintiff to pay certain monies to defendant County of Monroe Industrial Development Agency.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.

■■■ BERSIN PROPERTIES, LLC, Appellant, v COUNTY OF MONROE INDUSTRIAL DEVELOPMENT AGENCY et al., Defendants, and COUNTY OF MONROE, Respondent. (Appeal No. 5.) [65 NYS3d 871]—Appeal from a judgment of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered June 30, 2016. The judgment directed defendants to pay certain monies to defendant County of Monroe.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.

■■■ BERSIN PROPERTIES, LLC, Appellant, v COUNTY OF MONROE INDUSTRIAL DEVELOPMENT AGENCY et al., Defendants, and TOWN OF IRONDEQUOIT, Respondent. (Appeal No. 6.) [65 NYS3d 843]—Appeal from a judgment of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered June 22, 2016. The judgment directed plaintiff to pay certain monies to defendant Town of Irondequoit.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.